IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:16CV1172 |
| v. ) | |
| UNION SAVINGS BANK ) GUARDIAN SAVINGS BANK, FSB, ) | |
| Defendants. ) | |

## ORDER TERMINATING THE CONSENT ORDER

The parties have submitted a joint motion to terminate the Consent Order in this matter pursuant to paragraph 45 of that Order. Paragraph 45 states:

> If, at any time after three years from the Effective Date, the Banks have invested all money in the Loan Subsidy Program and satisfied their other financial obligations under the Order (set forth in Paragraphs 22, 29, and 30), the United States will agree to the Order terminating three months after the Banks have provided the United States with documentation evidencing that they have satisfied their financial obligations under this Order.

**WHEREAS** The effective date of the Consent Order was January 3, 2017. Thus, the Consent Order had been in effect for three years as of January 3, 2020. Union Savings Bank and Guardian Savings Bank provided evidence to the United States that they satisfied all of their financial obligations under the Order. Absent a joint motion, the Consent Order is expected to expire upon Plaintiffs' non-objection to the Defendant's fifth Annual Report under paragraph 41 of the Consent Order, which is due on or about March 3, 2022.

**IT IS ORDERED** that the parties' motion is granted, the Consent Order shall terminate as of the date of entry of this Order, and the case is dismissed with prejudice.

1

**SO ORDERED**, this 21st day of FEB., 2020

_Timothy S. Black_
United States District Judge
Southern District of Ohio